**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In The Matter Of:                      In Bankruptcy:

STALLINGS TIREY AND SONS, LLC      Case No. 09-55556-WSD
                                               Chapter 7
                                               Hon. WALTER SHAPERO

                 Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

      The attached check in the amount of $3.61 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Michigan Department of Treasury<br>PO Box 30168<br>Lansing, MI 48909 | 5 | $3.61 |

                                                             **Total: $3.61**

                                                     Respectfully Submitted,

                                                     /s/ Gene R. Kohut
                                                     21 Kercheval Avenue, Suite 285
                                                     Grosse Pointe Farms, MI 48236
                                                     Phone: (313) 886-9765
                                                     E-mail: ecftrustee@gktrustee.com
Dated: 08/18/2010                             [P47413]